Stephanie Van Marter
Acting United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7/9/25

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:25-cr-02074-MKD |
| Plaintiff, | INDICTMENT |
| v. | Vio: 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) |
| FERNANDO GONZALEZ, | Possession with the Intent to Distribute 400 Grams of Fentanyl (Count 1) |
| Defendant. | |
| | 18 U.S.C. § 924(c)(1)(A) Possession of a Firearm in Furtherance of Drug Trafficking (Count 2) |
| | 18 U.S.C. §§ 922(g), 924(a)(8) Felon in Possession of a Firearm (Count 3) |
| | 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) Forfeiture Allegations |

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

On or about June 12, 2025, in the Eastern District of Washington, the Defendant, FERNANDO GONZALEZ, knowingly possessed with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi).

## COUNT 2

On or about June 12, 2025, in the Eastern District of Washington, the Defendant, FERNANDO GONZALEZ, did knowingly possess a firearm, that is: a Smith & Wesson, Model M&P, 9mm pistol bearing serial number NCB7684, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute 400 Grams or more of Fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), as charged in Count 1, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 3

On or about June 12, 2025, in the Eastern District of Washington, the Defendant, FERNANDO GONZALEZ, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Smith & Wesson, Model M&P, 9mm pistol bearing serial number NCB7684, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 2

SERIOUS DRUG FELONY

Before FERNANDO GONZALEZ committed the offense charged in Count 1, FERNANDO GONZALEZ had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(58), to wit: Distribution of 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C § 841(a)(1), (b)(1)(B)(viii), in the United States District Court for the Eastern District of Washington, Case No. 1:14-CR-02012-SMJ-1, and having served a term of imprisonment for that offense exceeding 12 months and was released from imprisonment within 15 years of the commencement of the instant offense.

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in Count 1 of this Indictment, the Defendant, FERNANDO GONZALEZ, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

- $19,534.00 U.S. currency; and,
- a Smith & Wesson, Model M&P, 9mm pistol bearing serial number NCB7684.

If any forfeitable property, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

INDICTMENT – 3

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. § 924(c)(1)(A) and/or 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in Counts 2 and 3 of this Indictment, the Defendant, FERNANDO GONZALEZ, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Smith & Wesson, Model M&P, 9mm pistol bearing serial number NCB7684.

DATED this 9th day of July 2025.

A TRUE BILL

_Stephanie Van Marter_
Stephanie A. Van Marter
Acting United States Attorney

_Benjamin D. Seal_
Benjamin D. Seal
Assistant United States Attorney

INDICTMENT – 4